## Halmer Distributors, Inc. v. Tru-Value Stores, Inc. et al
[183 A.2d 223]

May Term, 1962

Present: Hulburd, C. J., Holden, Shangraw, Barney and Smith, JJ.

Opinion Filed June 30, 1962

*Manfred W. Ehrich, Jr.,* for the plaintiff.

*Waldo C. Holden* for the defendants.

**Hulburd, C. J.** This case was briefed and argued with *Krevalin Hardware Co., Inc.* v. *Tru-Value Stores, Inc., ante.* The facts and questions raised do not differ to such an extent as to give rise to a different consideration than that found there. This appeal, therefore, is controlled by the decision in *Krevalin Hardware Co., Inc.* v. *Tru-Value Stores, Inc., supra.*

*Judgment affirmed.*